AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MILLS, RICHARD H. | U.S. District Court Central District of Illinois | 5-9-05 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* U.S.District Judge (Senior) | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial **X** Annual ___ Final | 6. Reporting Period 1/1/04 - 12/31/04 |
|---|---|---|

| 7. Chambers or Office Address 117 U.S. Courthouse 600 E. Monroe St. Springfield, IL 62701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Member, Executive Board | Abraham Lincoln Council, Boy Scouts of America |
| 2 Member, Board of Trustees | ILLINOIS COLLEGE |
| 3 Member, Board of Directors | Abraham Lincoln Association |
| 4 Rector | Lincoln Academy of Illinois |
| 5 Member, Board of Directors | Prairie Education & Research Cooperative (Medical Research) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| **X** NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 1 | State of Illinois, Judicial Retirement System | $83,050.68 |
| 2 | Illinois Municipal Retirement Fund | $ 2,553.92 |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1 | | |
| 2 | Farming Operation (DeWitt County, Illinois) | |

RECEIVED 2005 MAY 16 DISCLOSURE FINANCIAL OFFICE

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | **NONE** (No such reportable reimbursements.) | |
| 1 | June 13-20 - George Mason Univ. Judicial Seminar, Santa Fe, NM | Transportation, lodging, food |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | **NONE** (No such reportable gifts.) | | |
| 1 | The Sangamo Club Springfield, IL (a city club) | Honorary Membership (Initiation fee, $1250, and $50 @ mo. dues waived) | $ $ |
| 2. | Union League Club of Chicago | Judicial Privilege Membership (Initiation fee waived, $750) I pay monthly dues of $60.00 | $ $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | X **NONE** (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=25,000,001-50,000,000  P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Mills, Richard H. | 5-9-05 |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Farming Operation | E | INC | N | 8-18-97 W | Inherit | | | | DeWitt Co., IL See VIII ( ██████ |
| 2 IRA, Invesco (Energy Fund) | | None | J | T | | | | | ( ██████ ) |
| 3 Vanguard (Energy Fund) | A | DIV | J | T | | | | | ( ██████ ) |
| 4 IRA, Vanguard (Energy Fund) | | None | J | T | | | | | ( ██████ ) |
| 5 Intel Corp. (Waterhouse) | A | DIV | J | T | | | | | ( ██████ ) |
| 6 Home Seekers.com (formerly NDS Software) | | None | J | T | | | | | ( ██████ ) |
| 7 IRA, Invesco (Gold) | | None | J | T | | | | | (Same as #2) |
| 8 LSI Logic Corp. | | None | K | T | | | | | ( ██████ ) |
| 9 C.P. Pokphand Co. | | None | J | T | | | | | ( ██████ ) |
| 10 Fletcher Challenge (Tenon LTD-Fractional Shs) | | None | | | Sold 4/27 | J | (Loss) B | | ( ██████ ) |
| 11 Hong Kong Telec | | None | J | T | | | | | ( ██████ ) |
| 12 Graphon Corp. | | None | J | T | | | | | ( ██████ ) |
| 13 Sun Microsys. | | None | J | T | | | | | ( ██████ ) |
| 14 Home Seekers (HMSK) | | None | J | T | | | | | ( ██████ ) |
| 15 LSI Logic | | None | J | T | | | | | (Same as #8) |
| 16 Deere & Co. Credit Union (CD) | A | DIV | J | T | | | | | ( ██████ ) |
| 17 | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part III, B. and Part VII, line 1: "Farming Operation" inherited on 18 August 1997, under living trust and will; no probate required; appraisal is estimated. Retained for investment and income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 50 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ██████████████████████████████ Date _____9 May 2005_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544